AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Erin Ramamurthy  Telephone: (313) 226-9100
Special Agent: Kenton Weston, ATF  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Antonio Manuel EDWARDS

Case No.

Case: 2:21−mj−30041
Assigned To : Unassigned
Assign. Date : 1/21/2021
Description: RE: ANTONIO MANUEL EDWARDS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 9, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Kenton Weston, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 21, 2021__

_____
Judge's signature

City and state: __Detroit, Michigan__   Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

Save   Print

# INTRODUCTION

I, Special Agent Kenton Weston, being first duly sworn, hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2018. I am currently assigned to the Detroit Field Division, Crime Gun Enforcement Team (CGET) where I am tasked with investigating violations of federal firearms laws. I have been involved in dozens of

investigations involving violations of federal firearms laws, which have resulted in the seizure of hundreds of firearms. In addition, I have graduated the Federal Law Enforcement Training Center, and ATF Special Agent Basic Training.

4. I am currently conducting a criminal investigation concerning ANTONIO MANUEL EDWARDS (W/M; DOB: XX/XX/1988) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## Criminal History

5. I reviewed Law Enforcement Information Network (LEIN), to include a computerized criminal history, which identified EDWARDS as a convicted felon. On December 2, 2016, EDWARDS pled guilty in Michigan Third Circuit Court to Felony Larceny from the Person. In addition, on November 11, 2020, EDWARDS was charged in the Eastern District of Michigan, via information, for 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) (Case No. 20-cr-20583). EDWARDS was arraigned on the information on November 30, 2020 and was released on bond.

## EDWARD's Possession of a Firearm

6. On June 15, 2020, the ATF Detroit CGET served a sealed federal search warrant for 39222 Brooks in New Boston, Michigan, a residence utilized by EDWARDS. After the residence was secured, the CGET conducted a search and recovered in EDWARD's bedroom, a manufacturer's box for a Taurus PT 111 Millennium G2 9mm pistol bearing serial number "TKU31246".

7. On January 9, 2021, Huron Township Police Department (HTPD) observed a 2007 Chrysler 300 in a gas station parking lot located in area of South Huron Road and Waltz Road in New Boston, MI. HTPD officers conducted a search in LEIN of the Chrysler's license plate, which revealed the plate was not valid. Soon after, HTPD officers conducted a traffic stop of the vehicle containing EDWARDS (driver), a female (passenger), and an infant. Officers identified via LEIN that EDWARDS had an expired and suspended driver's license. At this juncture, EDWARDS was detained as HTPD officers conducted an inventory search of the vehicle prior to it being impound for an invalid license plate. During the search, a HTPD officer recovered a Taurus PT 111 Millennium G2 9mm pistol bearing serial number "TKU31246" wrapped

in a sweatshirt located on the rear seat. As the firearm was being secured, EDWARDS stated "She don't know nothing about that." Then he stated "what you got in your hand." An Officer asked EDWARDS "Your Gun?" EDWARDS replied "Yep." Subsequently, HTPD officers arrested EDWARDS for felon in possession.

8. ATF Interstate Nexus Expert Special Agent David Salazar was provided a verbal description of the Taurus PT111G2 9mm pistol recovered by HTPD. Based upon the verbal description and without physically examining the firearm, Special Agent Salazar advised the recovered Taurus PT111G2 9mm pistol was not created in the State of Michigan, and has therefore traveled in foreign or interstate.

## Conclusion

9. Based on the above information, I have probable cause to believe that Antonio EDWARDS, a prior convicted felon, was in possession of the above described firearm, and said firearm has previously travelled in foreign or interstate commerce in violation of Title 18 U.S.C., Sec. 922(g)(1) (Felon in Possession of a Firearm). This violation occurred within the Eastern District of Michigan.

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable David R. Grand
United States Magistrate Judge

Dated: January 21, 2021